IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-40161
Summary Calendar
_____


UNITED STATES OF AMERICA

                    Plaintiff - Appellee

        v.

SHAWN KEITH BENTON

                    Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:99-CR-176-9
--------------------
June 27, 2002

Before KING, Chief Judge, and HIGGINBOTHAM and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Shawn Keith Benton has requested leave to withdraw as counsel and has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).  Benton has not filed a response.  Our independent review of the brief and record discloses no nonfrivolous issue.  Accordingly, the motion for leave to withdraw is GRANTED, counsel

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is excused from further responsibilities herein, and the APPEAL

IS DISMISSED.  5TH CIR. R. 42.2.